**UNITED STATES of America Plaintiff-Appellee**

v.

**Jorge GONZALEZ Defendant-Appellant**

**No. 16-3544**

United States Court of Appeals, Eighth Circuit.

Submitted: April 13, 2017

Filed: April 28, 2017

Amy M. Driver, Assistant U.S. Attorney, Candace L. Taylor, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff-Appellee

Jose Alfaro, Assistant Federal Public Defender, Federal Public Defender's Office, Fayetteville, AR, for Defendant-Appellant

Jorge Gonzalez, Pro Se

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Jorge Gonzalez challenges the sentence the district court[1] imposed following his guilty

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District

plea to a drug charge. Gonzalez's counsel moves to withdraw, and in a brief submitted under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he raises the issue that the sentence was substantively unreasonable. We affirm.

The district court imposed a sentence below the applicable advisory Guidelines range after discussing both mitigating and aggravating facts and circumstances, and after considering sentencing factors under 18 U.S.C. § 3553(a). We conclude the sentence was not substantively unreasonable. See <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (discussing abuse of discretion); <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam) (explaining, where district court sentenced defendant below the Guidelines range, it is nearly inconceivable that the court abused its discretion in not varying downward further). Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

We affirm, and we grant counsel's motion to withdraw.